# In the United States District Court
# For the Southern District Of Georgia
# Waycross Division

| | |
|---|---|
| JON PAUL CARTER, | * |
| Plaintiff, | * CIVIL ACTION NO.: 5:15-cv-100 |
| v. | * |
| VETERANS HEALTH ADMINISTRATION HOSPITAL; ADMINISTRATOR NANCY REISSENER; and RICK JACOB, | * |
| Defendants. | * |

### ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 4, to which Plaintiff failed to file any Objections. Accordingly, the Report and Recommendation is **ADOPTED** as the opinion of the Court.

The Clerk of Court is **DIRECTED** to **TRANSFER** this case to the Gainesville Division of the United States District Court for the Northern District of Florida.

**SO ORDERED**, this 11 day of May, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA