IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JON PAUL CARTER,

    Plaintiff,

v.                                        CASE NO. 1:16-cv-171-MW-GRJ

VETERANS HEALTH
ADMINISTRATION HOSPITAL
, et al.,

    Defendants.

_____/

## **REPORT AND RECOMMENDATION**

Plaintiff initiated this case by filing a handwritten complaint and a motion for leave to proceed as a pauper in the Southern District of Georgia. ECF Nos. 1, 3. Because the Complaint names the VA Hospital and VA personnel in Gainesville, Florida, as defendants, the case was transferred to this Court. Plaintiff failed to use the Court's form for *pro se* complaints and failed to fully complete the affidavit of indigency in support of his *in forma pauperis* motion. The Court ordered Plaintiff to file an amended complaint on the Court's form and a complete affidavit of indigency on or before June 6, 2016. ECF No. 8.

On June 17, 2016 – beyond the date for compliance – Plaintiff filed an affidavit of indigency, but it again was incomplete. Accordingly, it was stricken and Plaintiff was ordered to show cause by July 5, 2016, as to why

this case should not be dismissed for failure to prosecute and failure to comply with an order of the Court.  ECF No. 12.

Plaintiff has now filed ECF No. 13, a handwritten pleading that appears to have been intended to be filed in a case pending in the Middle District of Georgia.  The pleading references judges and courts that Plaintiff claims "allowed torture" and kept Plaintiff in lockdown pursuant to a prison sentence.  These matters appear wholly unrelated to the subject matter of the Complaint in this case, which concerns Plaintiff's care at the VA medical center.  Plaintiff also filed ECF No. 14, an "Affidavit/Factual Statement" that also makes reference to events that are unrelated to Plaintiff's Complaint, including alleged conspiracies among law enforcement officers, politicians, and terrorist groups.

As of this date, Plaintiff has failed to comply with the Court's order to file an amended complaint on the Court's form and to fully complete the affidavit of indigency in support of his *in forma pauperis* motion.  Plaintiff has further failed to show cause as to why this case should not be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice for failure to prosecute and failure to comply

with an order of the Court.

**IN CHAMBERS** this 19th day of August 2016.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge